**Fill in this Information to identify the case:**

Debtor 1: **Admnerys Rodriguez**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number: **22-42005**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 APR 30 A 11: 51

RECEIVED

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | **$41,460.00** |
| Claimant's Name: | **Admnerys Rodriguez** |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **142-06 116th Ave, JAMAICA, NY 11436** Phone # **347-981-9041** **Admnerys64@gmail.com** |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[X] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation (Check statement that applies)

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney *(Check statement that applies)*

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

RE: CASE # 22-42005

## 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/29/2025

Signature of Applicant: *[signed]*

Printed Name of Applicant: Ms. Admnerys Rodriguez

Address: Ms. Admnerys Rodriguez, 142-06 116th Avenue, Jamaica, NY. 11436

Telephone: (347) 981-9041

Email: Admnerys104@gmail.com

## 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

## 6. Notarization
STATE OF New York
COUNTY OF Suffolk

This Application for Unclaimed Funds, dated April 29th 2025 was subscribed and sworn to before me this 29th day of April, 2025 by *[signed]* Admnerys Rodriguez who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *[signed]*

CARLA J BRODSKY
Notary Public - State of New York
NO. 01BR6332853
Qualified in Suffolk County
My Commission Expires Nov 9, 2027

My commission expires: 11/29/2027

## 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____